UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KYLE AUCOIN - MELOHN** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **SECTION " "** |
| | * | |
| **ST. CHARLES PARISH SCHOOL BOARD** | * | **MAGISTRATE** |
| | * | |
| | * | **JUDGE** |
| | * | |
| *   *   *   *   *   *   * | | |

## COMPLAINT

Plaintiff, Kyle Aucoin-Melohn, a resident of the Parish of Jefferson, State of Louisiana, respectfully asserts his claims against Defendant, St. Charles Parish School Board in this Complaint, as set forth below.

**1.**

**Jurisdiction**

Under 28 U.S.C. § 1331, this Court has jurisdiction over this matter, which asserts claims pursuant to 42 U.S.C.A. 2000e, 2000e-5.

**2.**

**Venue**

This Court is the proper venue for this matter because all pertinent events giving rise to Plaintiff's claims occurred in St. Charles Parish and/or Jefferson Parish, State of Louisiana, which are both within the Eastern District of Louisiana.

**3.**

**<u>Defendant</u>**

Named as Defendant is St. Charles Parish School Board, which is located in and a resident of St. Charles Parish.

**4.**

At all pertinent times, Plaintiff was employed by Defendant St. Charles Parish School Board ("SCPSB") as a Talented Theater teacher at Destrehan High School.

**5.**

Plaintiff endured years of discriminatory and harassing conduct by Defendant and certain of its administrators, employees, agents and representatives because of the fact that he is gay, all as described below. On or about December 9, 2022 Plaintiff was constructively discharged by Defendant from his position. At the time Defendant SCPSB was purportedly investigating certain false allegations against Plaintiff made, on information and belief, by a Destrehan High School student and/or his parent. The "investigation" was purportedly terminated on December 9, 2022, the date of Plaintiff's constructive discharge.

**6.**

Shortly thereafter, as part of Defendant's longstanding and ongoing practice of discrimination, harassment and retaliation against Plaintiff because of his sexual orientation, certain false information regarding Plaintiff was provided to the St. Charles Parish Sheriff's Office by Defendant SCPSB. At the time, Defendant knew that Plaintiff had denied and refuted the claims asserted against him.

**7.**

As a result of the actions of Defendants and its administrators, employees, agents, and representatives, Plaintiff was ultimately arrested on December 27, 2022 and certain criminal charges were brought against him. The charges have been resolved.

**8.**

Plaintiff was hired by Defendant SCPSB in August, 2017 as a Talented Theater teacher and was assigned to Destrehan High School. Throughout his employment SCPSB and certain of its employees, administrators, agents, and representatives engaged in discriminatory, harassing and retaliatory conduct against Plaintiff because of his sexual orientation.

**9.**

At all times pertinent, Defendant SCPSB and several of its administrators, employees, agents, and/or representatives knew or should have known that Plaintiff was an openly gay man.

**10.**

On a continuing and ongoing basis, Plaintiff was treated differently, less favorably, and more adversely than other similarly situated employees of Defendant SCPSB who are not gay. For example, in October 2022 Plaintiff was placed on administrative leave for allegedly failing to follow contract approval procedures in connection with a theater production of the "Wizard of Oz." Defendant's agents falsely stated that the procedures had been in place and were posted on Blackboard "for

years"; however, no such procedures were posted or otherwise existed.  Moreover, on information and belief, none of the other eight Talented Theater teachers employed by Defendant SCPSB, all of whom, on information and belief are heterosexual, were aware of the existence of such procedures, had ever been required to have any contract approved pursuant to any such procedures, and had never been disciplined for not following the non-existent contract approval procedures.

**11.**

Other examples of Defendant's disparate treatment of Plaintiff include, but are not limited to, Defendant's denying funding for Plaintiff's theater program while heterosexual Talented Theater teachers had their projects routinely funded.  Plaintiff and his students were also denied certain other privileges and benefits granted to heterosexual teachers and their students.  Plaintiff was frequently disciplined and placed on administrative leave without pay for alleged violations of policies and procedures that he did not violate and pursuant to which similarly situated heterosexual teachers were not disciplined.  Defendant SCPSB and its administrative agents also failed and refused to acknowledge and grant Plaintiff's request to have his surname changed in Defendant's personnel records to reflect that he married his male partner who was also employed by the School Board.  On information and belief, a  request for such a name change in Defendant's records is routinely granted to heterosexual teachers who get married.

**12.**

Defendant SCPSB's conduct and actions, as described above, constitute intentional discrimination, harassment and/or retaliation based on Plaintiff's sexual

4

orientation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. § 2000e, et. seq., as amended by subsequent statutory provisions and by jurisprudence of the United States Supreme Court.

**13.**

As a result of the above-described conduct and actions of Defendant and certain of its employees, administrators, agents, and representatives, Plaintiff suffered losses, including but not limited to: lost income; damage to his reputation; damage to his ability to earn a living in his chosen professions; extreme mental anguish; humiliation; embarrassment; and emotional distress.

**14.**

Plaintiff timely filed a Charge of Discrimination, No. 461-2023-00268, with the U.S. Equal Employment Opportunity Commission and received a Notice of Dismissal and Right to Sue from the Commission on or about April 22, 2024. Accordingly, having been filed within ninety days of Plaintiff's receipt of the Right to Sue letter, this Complaint is timely. A copy of the Notice of Dismissal and Right to Sue letter is attached hereto as Exhibit A.

**15**.

Plaintiff seeks the following remedies and relief under Title VII, as amended:

    a.    back pay;

    b.    compensatory damages;

    c.    punitive damages;

    d.    all costs incurred in prosecuting this matter;

    e.    attorney's fees;

  f.  judicial interest from date of demand until paid; and

  g.  all other general and equitable relief to which he may be entitled, pursuant to Title VII of the Civil Rights Act of 1964, as amended, and any and all other applicable law.

**16.**

Plaintiff requests a trial by jury on all claims triable to a jury.

WHEREFORE, Plaintiff Kyle Aucoin-Melohn, prays that this Complaint be served upon Defendant and that after due proceedings, judgment be rendered in his favor and against Defendant, St. Charles Parish School Board, for back pay, compensatory damages, punitive damages, reasonable attorney's fees and costs, judicial interest from date of demand until paid, and for all further general and equitable relief to which he may be entitled.

       Respectfully Submitted,

       ___/s/ Susan F. Clade_____
       SUSAN F. CLADE ( #01033)
       3350 Ridgelake Drive, Suite 200
       Metairie, Louisiana 70002
       Telephone: 504-239-0233
       **Counsel for Plaintiff, Kyle Aucoin-Melohn**

PLEASE SERVE

St. Charles Parish School Board
Through its registered agent for service of process:
**Mr. Ellis A. Alexander, President
St. Charles Parish School Board
256 Lincoln Street
Hahnville, LA 70057**

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing Complaint was served on July 1, 2024 by ELECTRONIC FILING through the attached notice of Electronic Filing by the court's electronic filing system, and by FIRST CLASS MAIL, POSTAGE PREPAID upon Mr. Ellis A. Alexander, President, St. Charles Parish School Board, 256 Lincoln Street Hahnville, LA 70057.

                                                                /s/ Susan F. Clade
                                                   SUSAN F. CLADE ( #01033)
                                                   3350 Ridgelake Drive, Suite 200
                                                   Metairie, Louisiana 70002
                                                   Telephone: 504-239-0233

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KYLE AUCOIN - MELOHN** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **SECTION " "** |
| | * | |
| **ST. CHARLES PARISH SCHOOL BOARD** | * | **MAGISTRATE** |
| | * | |
| | * | **JUDGE** |
| | * | |
| * * * * * * | * | |

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ST. CHARLES**

BEFORE ME, the undersigned Notary, came and appeared Kyle Aucoin-Melohn, Petitioner in the foregoing Petition ("Petition"), who, first being duly sworn by me, did depose and state that he has read the foregoing Petition and that all of the facts and allegations contained therein are true and correct to the best of his knowledge, information and belief.

_____
Kyle Aucoin-Melohn

SWORN TO AND SUBSCRIBED BEFORE ME THIS 17th DAY OF ~~MARCH~~ June (SFC), 2024.

_____
Notary Public